1  ANTHONY R. SEGALL (CSB No. 101340)
   asegall@rsglabor.com
2  ROTHNER, SEGALL & GREENSTONE
   510 South Marengo Avenue
3  Pasadena, California 91101-3115
   Telephone: (626) 796-7555
4  Facsimile:  (626) 577-0124

5
   KATHERINE S. CHRISTOVICH (CSB No. 178397)
6  LEILA B. AZARI (CSB No. 262443)
   lazari@wga.org
7  WRITERS GUILD OF AMERICA, WEST, INC.
   7000 West Third Street
8  Los Angeles, CA 90048
   Telephone:  (323) 782-4521
9  Facsimile:   (323) 782-4806

10 Attorneys for Defendants David E. Callaham,
    Jittery Dog Productions, Inc. and Writers Guild of America, West, Inc.

11

12              UNITED STATES DISTRICT COURT

13             CENTRAL DISTRICT OF CALIFORNIA

14                  WESTERN DISTRICT

15

16

17 NU IMAGE, INC., a California Corporation;     CASE NO. 2:14-CV-00199
   MILLENNIUM FILMS, INC., a Delaware           RGK-JCx
18 corporation; DOUBLE LIFE
   PRODUCTIONS, INC., a California              Honorable R. Gary Klausner
19 corporation; ALTA VISTA
   PRODUCTIONS, INC., a Nevada                  NOTICE OF RELATED
20 Corporation; ALTA VISTA FINANCING,           CASE
   LLC, a Louisiana limited liability company;
21 and ALTA VISTA PRODUCTIONS, LLC,             [Local Rule 83-1.3]
   a Louisiana limited liability company,

22                         Plaintiffs,          Related to:
                                                *Double Life Productions, Inc.
23           vs.                                *v. Writers Guild of America,*
                                                *West, Inc., et al.*, Case No.
24                                              2:14-CV-00197 DMG-AJWx

25 DAVID E. CALLAHAM, an individual;
   JITTERY DOG PRODUCTIONS, INC., a
26 California corporation; WRITERS GUILD
   OF AMERICA, WEST, INC., a California
27 corporation; and DOES 1 to 10, inclusive,

28                         Defendants.

TO THE COURT, ALL PARTIES IN THIS MATTER AND THEIR RESPECTIVE
ATTORNEYS OF RECORD:

     **PLEASE TAKE NOTICE THAT** the following case is related to the instant
case: *Double Life Productions, Inc. v. Writers Guild of America, West, Inc., et al.*,
Case No. 2:14-CV-00197 DMG-AJWx.  The two cases are related in that they involve
the same parties, arise from the same or substantially identical transactions, call for
determination of the same or substantially identical questions of law and fact, and
would entail substantial duplication of labor if they were heard by different judges.

     Specifically, both actions involve the contention that a writer, David Callaham,
committed fraud in connection with the determination of writing credits for a motion
picture entitled *The Expendables*.  The credit determination was conducted by
Defendant Writers Guild of America, West, Inc. ("Guild"), which is named as a party
in both actions.  There appears to be no dispute that the actions are related.  Prior to
the removal of the actions to this Court, a notice of related case was filed in Los
Angeles Superior Court.   A copy of the state court notice filed in *Double Life
Productions, Inc. v. Writers Guild of America, West, Inc., et al.* is attached as Exhibit
"A."

//

//

//

//

Accordingly, Defendants respectfully request that the instant action be transferred and heard by the Honorable Dolly M. Gee, the judge assigned to the low-numbered case.

Dated: January 15, 2014      ANTHONY R. SEGALL
                             ROTHNER, SEGALL & GREENSTONE

                             KATHERINE S. CHRISTOVICH
                             LEILA B. AZARI
                             WRITERS GUILD OF AMERICA, WEST, INC.


                             By:_____/s/ Leila Azari_____
                                    LEILA B. AZARI
                             Attorneys for Defendants David E. Callaham, Jittery
                             Dog Productions, Inc. and Writers Guild of America,
                             West, Inc.

# CERTIFICATE OF SERVICE

By my signature below, I certify that the foregoing NOTICE OF RELATED CASE has been served via the Court's electronic filing system upon the following:

Attorneys for Plaintiffs

Charles M. Coate

1221 Second Street, Third Floor

Santa Monica, CA 90401

E-mail ccoate@cacllp.com

I further certify that the foregoing NOTICE OF RELATED CASE has been served by first-class mail upon the following:

Attorneys for Plaintiffs

Darius A. Vosylius

1221 Second Street, Third Floor

 Santa Monica, CA 90401

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Dated: January 15, 2014                               /s/ Elizabeth Pugh
                                                    ELIZABETH PUGH