# EXHIBIT A

CM-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Charles M. Coate (140404)<br>Costa Abrams & Coate LLP<br>1221 Second St. 3D FL., Santa Monica, CA 90401<br>TELEPHONE NO.: (310) 576-6161   FAX NO. (Optional): (310) 576-6160<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Petitioner Double Life Productions, Inc., | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court Of California<br>County Of Los Angeles<br>DEC 24 2013<br>Sherri R. Carter, Executive Officer/Clerk<br>By: Judi Lara, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles
STREET ADDRESS: 111 N. Hill St.
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

PLAINTIFF/PETITIONER: Double Life Productions, Inc.,
DEFENDANT/RESPONDENT: Writers Guild of America, West, Inc.

**NOTICE OF RELATED CASE**

CASE NUMBER: BS146511
JUDICIAL OFFICER:
DEPT.:

Identify, in chronological order according to date of filing, all cases related to the case referenced above.

1. a. Title: New Image, Inc. et al. v. David E. Callaham, et. al.
   b. Case number: BC 531496
   c. Court: ☒ same as above
      ☐ other state or federal court (name and address):
   d. Department: 72
   e. Case type: ☐ limited civil  ☒ unlimited civil  ☐ probate  ☐ family law  ☐ other (specify):
   f. Filing date: 12/23/13
   g. Has this case been designated or determined as "complex?"  ☐ Yes  ☒ No
   h. Relationship of this case to the case referenced above (check all that apply):
      ☒ involves the same parties and is based on the same or similar claims.
      ☒ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      ☒ involves claims against, title to, possession of, or damages to the same property.
      ☒ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
      ☐ Additional explanation is attached in attachment 1h
   i. Status of case:
      ☒ pending
      ☐ dismissed  ☐ with  ☐ without prejudice
      ☐ disposed of by judgment

2. a. Title: Double Life Productions, Inc. v. Writers Guild of America, West, Inc.
   b. Case number: BS146511
   c. Court: ☒ same as above
      ☐ other state or federal court (name and address):
   d. Department:

Page 1 of 3
Form Approved for Optional Use
Judicial Council of California
CM-015 [Rev. July 1, 2007]    NOTICE OF RELATED CASE    Cal. Rules of Court, rule 3.300
www.courtinfo.ca.gov

0079

CM-015

| PLAINTIFF/PETITIONER: | CASE NUMBER: |
|---|---|
| DEFENDANT/RESPONDENT: | |

2. *(continued)*

   e. Case type: ☐ limited civil  ☒ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*

   f. Filing date: 12/24/13

   g. Has this case been designated or determined as "complex?"  ☐ Yes  ☒ No

   h. Relationship of this case to the case referenced above *(check all that apply):*
      - ☒ involves the same parties and is based on the same or similar claims.
      - ☒ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      - ☒ involves claims against, title to, possession of, or damages to the same property.
      - ☒ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
      - ☐ Additional explanation is attached in attachment 2h

   i. Status of case:
      - ☒ pending
      - ☐ dismissed  ☐ with  ☐ without prejudice
      - ☐ disposed of by judgment

3. a. Title:
   b. Case number:
   c. Court: ☐ same as above
             ☐ other state or federal court *(name and address):*
   d. Department:
   e. Case type: ☐ limited civil  ☐ unlimited civil  ☐ probate  ☐ family law  ☐ other *(specify):*
   f. Filing date:
   g. Has this case been designated or determined as "complex?"  ☐ Yes  ☐ No
   h. Relationship of this case to the case referenced above *(check all that apply):*
      - ☐ involves the same parties and is based on the same or similar claims.
      - ☐ arises from the same or substantially identical transactions, incidents, or events requiring the determination of the same or substantially identical questions of law or fact.
      - ☐ involves claims against, title to, possession of, or damages to the same property.
      - ☐ is likely for other reasons to require substantial duplication of judicial resources if heard by different judges.
      - ☐ Additional explanation is attached in attachment 3h
   i. Status of case:
      - ☐ pending
      - ☐ dismissed  ☐ with  ☐ without prejudice
      - ☐ disposed of by judgment

4. ☐ Additional related cases are described in Attachment 4. Number of pages attached: _____

Date: 12/24/13

CHARLES M. COATE
(TYPE OR PRINT NAME OF PARTY OR ATTORNEY)

▶ *(signature)*
(SIGNATURE OF PARTY OR ATTORNEY)

CM-015 [Rev. July 1, 2007]            **NOTICE OF RELATED CASE**            Page 2 of 3

0080

| | CM-015 |
|---|---|
| PLAINTIFF/PETITIONER: | CASE NUMBER: |
| DEFENDANT/RESPONDENT: | |

## PROOF OF SERVICE BY FIRST-CLASS MAIL
### NOTICE OF RELATED CASE

*(NOTE: You cannot serve the Notice of Related Case if you are a party in the action. The person who served the notice must complete this proof of service. The notice must be served on all known parties in each related action or proceeding.)*

1. I am at least 18 years old and **not a party to this action.** I am a resident of or employed in the county where the mailing took place, and my residence or business address is *(specify):*

2. I served a copy of the *Notice of Related Case* by enclosing it in a sealed envelope with first-class postage fully prepaid and *(check one):*
   a. ☐ deposited the sealed envelope with the United States Postal Service.
   b. ☐ placed the sealed envelope for collection and processing for mailing, following this business's usual practices, with which I am readily familiar. On the same day correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service.

3. The *Notice of Related Case* was mailed:
   a. on *(date):*
   b. from *(city and state):*

4. The envelope was addressed and mailed as follows:

   a. Name of person served:

      Street address:
      City:
      State and zip code:

   c. Name of person served:

      Street address:
      City:
      State and zip code:

   b. Name of person served:

      Street address:
      City:
      State and zip code:

   d. Name of person served:

      Street address:
      City:
      State and zip code:

☐ Names and addresses of additional persons served are attached. *(You may use form POS-030(P).)*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

▶

_____          _____
(TYPE OR PRINT NAME OF DECLARANT)              (SIGNATURE OF DECLARANT)

CM-015 [Rev. July 1, 2007]  **NOTICE OF RELATED CASE**  Page 3 of 3

0081