Charles M. Coate, Esq. (SBN: 140404)
ccoate@cacllp.com
Darius Anthony Vosylius, Esq. (SBN: 175030)
COSTA, ABRAMS & COATE, LLP
1221 Second Street, Third Floor
Santa Monica, California 90401
Tel: (310) 576-6161; Fax (310) 576-6160

Attorneys for Plaintiffs Nu Image, Inc.; Millennium Films, Inc.,;
Double Life Productions, Inc.; Alta Vista Productions, Inc.;
Alta Vista Financing, LLC and Alta Vista Productions, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| NU IMAGE, INC., a California Corporation; MILLENNIUM FILMS, INC., a Delaware corporation; DOUBLE LIFE PRODUCTIONS, INC., a California corporation; ALTA VISTA PRODUCTIONS, INC., a Nevada corporation; ALTA VISTA FINANCING, LLC, a Louisiana limited liability company; and, ALTA VISTA PRODUCTIONS, LLC, a Louisiana limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID E. CALLAHAM, an individual; JITTERY DOG PRODUCTIONS, INC., a California corporation; WRITERS GUILD OF AMERICA, WEST, INC., a California corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: CV 14-0199 RGK (JCx)<br><br>**PLAINTIFFS' DEMAND FOR JURY TRIAL**<br><br>[Removed from Los Angeles County Superior Court Case No. BC 531490] |

1

## **DEMAND FOR JURY TRIAL**

Plaintiffs Nu Image, Inc.; Millennium Films, Inc.,; Double Life Productions, Inc.; Alta Vista Productions, Inc.; Alta Vista Financing, LLC and Alta Vista Productions, LLC hereby demand a trial by jury of any issue triable of right by a jury.

Dated:  January 17, 2014            Respectfully submitted,

                        COSTA ABRAMS & COATE LLP

                        By:   /s/ Charles M. Coate
                        _____
                        Charles M. Coate
                        Attorney for Plaintiffs